|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| CAROLYN H. MALONE,<br><br>                    Plaintiff,<br><br>     v.<br><br>SEATTLE POLICE DEPARTMENT,<br>et al.,<br><br>                    Defendants. | CASE NO. C19-868 MJP<br><br>ORDER ON PLAINTIFF'S MOTION TO INCLUDE ADDITIONAL DISCOVERY DATA RELEVANT TO LAWSUIT COURT CASE |

The above-entitled Court, having received and read Plaintiff's Motion to Include Additional Discovery (II) Data Relevant to Lawsuit Court Case (Dkt. No. 22) and Defendant's Response (Dkt. No. 23), rules as follows:

IT IS ORDERED that the motion is DENIED, subject to Plaintiff re-filing a motion which specifies the relief she is seeking.

Despite being 14 pages in length, Plaintiff's filing in this motion does not appear to request any relief authorized under either the Court's Local Rules or the Federal Rules of Civil Procedure. The motion must therefore be denied. If there is something Plaintiff is specifically

ORDER ON PLAINTIFF'S MOTION TO INCLUDE ADDITIONAL DISCOVERY DATA RELEVANT TO LAWSUIT COURT CASE - 1

1  seeking to discover which she believes is in Defendant's possession and to which she has a right,
2  she may re-file her motion with a more definite statement by which the Court and Defendants
3  can evaluate the merit of her request.

5  The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.
6  Dated June 22, 2020.

            *signature*

            Marsha J. Pechman
            United States Senior District Judge