**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAROLYN H. MALONE,<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE POLICE DEPARTMENT, JON ENGSTROM, Police Officer, JASON BENDER, Police Officer, PATRICK HASKINS, Police Officer, B. CONWAY, Police Officer<br><br>Defendants. | NO. 2:19-cv-00868-MJP<br><br>DEFENDANTS REPLY IN SUPPORT OF SUMMARY JUDGMENT<br><br>NOTED ON THE CALENDAR:<br>Friday, July 24, 2020 |

## I.     RELIEF REQUESTED

Defendants Seattle Police Department, and Seattle Police Department Officers Jon Engstrom, Jason Bender, Patrick Haskins, and B Conway, file this Reply in support of Defendant's Motion for Summary Judgment.

## II.     ARGUMENT

Defendants do not dispute that Plaintiff maintains a property interest in her Washington State vehicle operator's license or that this property interest cannot be suspended or revoked without due process. Defendants argue that they are entitled to summary judgment because there is no evidence that Defendants participated in the suspension or revocation of Appellant's vehicle operator's license regardless of whether the suspension or revocation was with due process or not.

DEFENDANTS MOTION FOR SUMMARY JUDGMENT
No. 2:19-cv-00868-MJP

1

FREIMUND JACKSON & TARDIF, PLLC
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TELEPHONE: (206) 582-6001
FAX: (206) 466-6085

**A.    Plaintiff fails to establish a *Monell* claim**

Plaintiff's response fails to identify any municipal policy, custom, or practice, that caused or contributed to the suspension of her Washington State vehicle operator's license and Plaintiff cannot maintain a *Monell* action against the City without this evidence. It is Plaintiff's burden to present evidence to establish a direct causal link between the municipal action and the alleged constitutional deprivation. *Board of County Commissioners v. Brown*, 520 U.S., 397, 416, 117 S.Ct. 1382, 137 L.Ed.2d 696 (1997). Here, the only evidence before the Court is that Plaintiff's license was suspended because she failed to present medical evidence as requested by the Washington State Department of Licensing. There is no evidence that a Seattle Police Department policy, custom, or practice caused or contributed to the Washington State Department of Licensing's decision and for this reason Plaintiff's *Monell* claim against the City should be dismissed.

**B.    Plaintiff fails to establish that the individual Officers participated in a Constitutional Violation**

Plaintiff's claims against the individual officers must be dismissed because Plaintiff fails to produce any evidence that the officers individually or collectively participated in a constitutional violation that resulted in or contributed to the suspension of her vehicle operator's license as alleged. It cannot reasonably be disputed that the exclusive authority to suspend or revoked a Washington State Vehicle Operator's License rests with the Director of the Washington State Department of Licensing. It also cannot be disputed that Plaintiff failed to present any evidence that Defendants individually or collectively caused or contributed to the Department of Licensing's decision to suspend Plaintiff's license in this case. There simply is no evidence to tether any action by the Defendant's to Appellant's license suspension and absent evidence to establish this tether, Plaintiff's claims should be dismissed.

DEFENDANTS MOTION FOR
SUMMARY JUDGMENT
No. 2:19-cv-00868-MJP

2

FREIMUND JACKSON & TARDIF, PLLC
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TELEPHONE: (206) 582-6001
FAX: (206) 466-6085

1 | **C.     FRCP 56 (c)(4)**

Plaintiff's 15-page handwritten response contains a multipage hearsay attachment without an accompanying declaration or affidavit required by FRCP 56.  The response, standing alone, contains Plaintiff's contentions and not evidence that is required to defeat summary judgment.  The attachment contains inadmissible hearsay that would not be admissible at trial and for that reason is objectionable.  Notwithstanding the objection, even if the attachment is considered, the material contained therein does not establish that the City, through policy or practice, or that actions of the individually named officers, violated the Fourth, Fifth, or Eight Amendments to the Constitution as alleged.

### III.     CONCLUSION

Neither Plaintiff's Complaint nor her response to this motion establish that Defendants committed a constitutional violation that proximately caused her harm.  Plaintiff's Washington State Vehicle Operator's License was suspended, but there is no evidence that Defendants are in any way responsible for the suspension.  Plaintiff has not shown that Defendants, individually or collectively, violated any rights guaranteed to her under the Fourth, Fifth, or Eight Amendments to the Constitution and for these and all the above reasons, the Court should grant Defendant's motion for summary judgment and dismiss Plaintiff's Complaint in its entirety.

DATED this 27th day of July, 2020.

s/ Gregory E. Jackson
GREGORY E. JACKSON, WSBA #17541
JOHN R. NICHOLSON, WSBA #30499
Freimund Jackson & Tardif, PLLC
900 SW 16th Street, Suite 215
Renton, WA  98057
Telephone: (206) 582-6001
gregj@fjtlaw.com
johnn@fjtlaw.com
Attorneys for Seattle Police Department, Detective Jon Engstrom, Officer Jason Bender, Officer Patrick Haskins, and Officer B. Conway

DEFENDANTS MOTION FOR SUMMARY JUDGMENT
No. 2:19-cv-00868-MJP

3

FREIMUND JACKSON & TARDIF, PLLC
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TELEPHONE: (206) 582-6001
FAX: (206) 466-6085

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Court through ECF Filing System and served on all parties or their counsel of record a copy of this document addressed as follows:

Carolyn H. Malone
910 Marion Street, Apt. 505
Seattle, WA  98104

Plaintiff Pro Se

☐ King County E-service
☒ U.S. Mail Postage Prepaid
☐ ABC/Legal Messenger
☐ Email

DATED this 27th day of July, 2020, at Renton, Washington.

s/Kathie Fudge
KATHIE FUDGE, Legal Assistant to
Freimund Jackson & Tardif, PLLC
900 SW 16th Street, Suite 215
Renton, WA  98057
Telephone: (206) 582-6001
kathief@fjtlaw.com

DEFENDANTS MOTION FOR SUMMARY JUDGMENT
No. 2:19-cv-00868-MJP

4

FREIMUND JACKSON & TARDIF, PLLC
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TELEPHONE: (206) 582-6001
FAX: (206) 466-6085